No. 94–1904. Radio Association Defending Airwave Rights, Inc., et al. v. Department of Transportation, Federal Highway Administration. C. A. 6th Cir. Certiorari denied.

No. 94–1905. Gallo-Chamorro v. United States. C. A. 11th Cir. Certiorari denied.

No. 94–1907. Wilson v. Immigration and Naturalization Service. C. A. 5th Cir. Certiorari denied.

No. 94–1908. Manhard v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al. Ct. App. N. Y. Certiorari denied.

No. 94–1909. Winpenny v. Winpenny. Super. Ct. Pa. Certiorari denied.

No. 94–1910. Dykema v. Volkswagenwerk AG et al. Ct. App. Wis. Certiorari denied.

No. 94–1911. Robinson v. Benton et al. C. A. 1st Cir. Certiorari denied.

No. 94–1912. Metcalf, Director, Virginia Department of Medical Assistance Services v. Rehabilitation Association of Virginia, Inc. C. A. 4th Cir. Certiorari denied.

No. 94–1913. Edwards v. International Union, United Plant Guard Workers of America (UPGWA) et al. C. A. 10th Cir. Certiorari denied.

No. 94–1914. Cozad v. Rubin, Secretary of the Treasury, et al. C. A. 10th Cir. Certiorari denied.

No. 94–1917. Gumbus et al. v. United Food & Commercial Workers International Union, AFL–CIO/CLC, et al. C. A. 6th Cir. Certiorari denied.

No. 94–1918. Texans United Education Fund v. Texaco Inc. et al. Ct. App. Tex., 14th Dist. Certiorari denied.